# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCKTIN JAMES RUSSO,<br><br>Defendant. | MJ 17-61-GF-JTJ<br><br>(2:13-cr-00794-001-TC)<br><br>ORDER FOR WITHDRAWAL OF MOTION FOR TRANSFER TO DISTRICT OF OFFENSE |

IT IS HEREBY ORDERED that the United States' Motion for Transfer to District of Offense (Doc. 3) is WITHDRAWN.

DATED this 7th day of November, 2017.

_____
John Johnston
United States Magistrate Judge